UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
| ) | |
| Plaintiff,           ) | Case No. 08mj8165 |
| ) | |
| v.                                                                     ) | |
| ) | |
| JOSE MARIA SALCEDO,                         ) | |
| ) | |
| Defendant.         ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  February 27, 2008                                   /s/ John  C. Ellis, Jr.
                                                                             JOHN C. ELLIS, JR.
                                                                             Federal Defenders
                                                                             225 Broadway, Suite 900
                                                                             San Diego, CA 92101-5030
                                                                             (619) 234-8467  (tel)
                                                                             (619) 687-2666  (fax)
                                                                             john_ellis@fd.org